UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DANNY BEESON,

        Plaintiff,                        Civil No. 09-1403-ST

     v.                                     O R D E R

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendant.

HAGGERTY, District Judge:

     Magistrate Judge Stewart issued a Findings and Recommendation [29] in this action that recommended that the final decision of the Commissioner of Social Security denying plaintiff's application for Supplemental Security Income (SSI) under Title XVI of the Social Security Act should be affirmed. No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

1     - ORDER

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [29] is adopted. The Commissioner's decision that plaintiff Danny Beeson is not entitled to SSI benefits is affirmed.

IT IS SO ORDERED.

Dated this  7  day of February, 2011.

                                               /s/ Ancer L. Haggerty   
                                                  Ancer L. Haggerty  
                                          United States District Judge

2    - ORDER